UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 09-35004 |
| | § | |
| TWO-STATE EQUIPMENT, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Rodney D. Tow, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,861.14 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $3,085,279.10 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $119,769.25 | | |

3)   Total gross receipts of $3,205,048.35  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,205,048.35 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $90,000,000.00 | $48,851,434.20 | $3,040,088.79 | $3,040,088.79 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $119,769.25 | $119,769.25 | $119,769.25 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $8,912.82 | $141,420.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $113,329.44 | $310,463.44 | $310,463.44 | $45,190.31 |
| **Total Disbursements** | $90,122,242.26 | $49,423,086.89 | $3,470,321.48 | $3,205,048.35 |

4). This case was originally filed under chapter 7 on 07/10/2009. The case was pending for 97 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>08/01/2017</u>    By:  <u>/s/ Rodney D. Tow</u>
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivables (A/R) | 1121-000 | $811,841.38 |
| Two-State Equipment Inc. (Interest in business) | 1129-000 | $2,230,000.00 |
| See Exhibit B-29 Machinery, Fixtures and Equipment (incl vehicles #6 above) | 1229-000 | $163,149.67 |
| Interest Earned | 1270-000 | $57.30 |
| **TOTAL GROSS RECEIPTS** | | **$3,205,048.35** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Bank of America, N.A. | 4210-000 | $45,000,000.00 | $36,994,696.39 | $3,040,088.79 | $3,040,088.79 |
| 3 | Bank of America, N.A. | 4210-000 | $45,000,000.00 | $11,856,737.81 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$90,000,000.00** | **$48,851,434.20** | **$3,040,088.79** | **$3,040,088.79** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robbye Waldron, Trustee, Trustee | 2100-000 | NA | $114,461.61 | $114,461.61 | $114,461.61 |
| Rodney D. Tow, Trustee | 2100-000 | NA | $4,939.84 | $4,939.84 | $4,939.84 |
| Green Bank | 2600-000 | NA | $108.07 | $108.07 | $108.07 |
| Mary Ella Duplantis | 2600-000 | NA | $7.04 | $7.04 | $7.04 |
| Automatic Data Processing | 2990-000 | NA | $252.69 | $252.69 | $252.69 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$119,769.25** | **$119,769.25** | **$119,769.25** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Liberty Mutual Insurance Company | 5800-000 | $0.00 | $141,420.00 | $0.00 | $0.00 |
| | Schedule E Creditors | 5800-000 | $8,912.82 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $8,912.82 | $141,420.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Liberty Mutual Insurance Company | 7100-000 | $37,776.48 | $294,930.65 | $294,930.65 | $42,929.39 |
| 4 | NM Taxation & Revenue Department | 7100-000 | $37,776.48 | $15,219.75 | $15,219.75 | $2,215.35 |
| 5 | American InfoSource LP as agent for | 7100-000 | $37,776.48 | $313.04 | $313.04 | $45.57 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $113,329.44 | $310,463.44 | $310,463.44 | $45,190.31 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 09-35004-H1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | *TWO-STATE EQUIPMENT, INC. | Date Filed (f) or Converted (c): | 07/10/2009 (f) |
| For the Period Ending: | 8/1/2017 | §341(a) Meeting Date: | 08/19/2009 |
| | | Claims Bar Date: | 09/26/2011 |

| Ref. # | 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/ Unscheduled Value | 3<br>Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | 4<br>Property Abandoned<br>OA =§ 554(a) abandon. | 5<br>Sales/Funds Received by the Estate | 6<br>Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivables (A/R) | $652,827.51 | $811,841.38 | | $811,841.38 | FA |
| 2 | Two-State Equipment Inc. (Interest in business) (u) | $2,230,000.00 | $2,230,000.00 | | $2,230,000.00 | FA |
| 3 | Bank of America Acct # xxx6714 | $116.82 | $0.00 | | $0.00 | FA |
| 4 | Bank of America Acct # xxx0692 | $1,099.32 | $0.00 | | $0.00 | FA |
| 5 | Bank of America Acct # xxx9669 | $0.00 | $0.00 | | $0.00 | FA |
| 6 | See Exhibit B-29 Automobiles, Trucks, Trailers and other Vehicles and Accessories | $0.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** Unknown value see Asset # 8<br>Subject to Bank of America Lien | | | | | |
| 7 | Office Equipment - Desks, Chairs et al located in Hobbs, NM | $920.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** Subject to Bank of America Lien | | | | | |
| 8 | See Exhibit B-29 Machinery, Fixtures and Equipment (incl vehicles #6 above) (u) | $1,884,074.00 | $0.00 | | $163,149.67 | FA |
| | **Asset Notes:** Subject to Bank of America Lien | | | | | |
| 9 | 2007 J & J Steel Frac Tank Unit TS657C | $4,725.00 | $0.00 | | $0.00 | FA |
| | **Asset Notes:** This asset was removed from Schedule B per Amended Schedul B | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $57.30 | FA |
| | **TOTALS (Excluding unknown value)** | $4,773,762.65 | $3,041,841.38 | | $3,205,048.35 | **Gross Value of Remaining Assets**<br>$0.00 |

**Major Activities affecting case closing:**

| 09/30/2015 | JW-JW-REFER TO NOTES IN 09-34992-H1-7 [*NIGHTHAWK OILFIELD SERVICES, LTD.] |
|---|---|
| 12/30/2014 | JW- REFER TO NOTES IN 09-34992-H1-7 [*NIGHTHAWK OILFIELD SERVICES, LTD.] |
| 05/08/2014 | N.O. Put financial file together to send to US Trustee's office. |
| 12/30/2013 | JW-WE ARE IN THE PROCESS OF PREPARING TO SUBMIT OUR TFR. |
| 03/27/2013 | JW-TRUSTEE WITHDREW HIS TFR |
| 01/24/2013 | JW-RT WAS APPOINTED SUCCESSOR TRUSTEE |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 09-35004-H1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | *TWO-STATE EQUIPMENT, INC. | Date Filed (f) or Converted (c): | 07/10/2009 (f) |
| For the Period Ending: | 8/1/2017 | §341(a) Meeting Date: | 08/19/2009 |
| | | Claims Bar Date: | 09/26/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

12/01/2012   All major activities and filings under main case Nighthawk Oilfield Services Inc 09-34992.

Initial Projected Date Of Final Report (TFR): 07/10/2011   Current Projected Date Of Final Report (TFR): 12/31/2016

/s/ RODNEY TOW
RODNEY TOW

**FORM 2**

Page No: 1     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-35004-H1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | *TWO-STATE EQUIPMENT, INC. | Bank Name: | Integrity Bank |
| Primary Taxpayer ID #: | **-***8649 | Checking Acct #: | ******5004 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/20/2017 | | Green Bank | Transfer Funds | 9999-000 | $164,591.76 | | $164,591.76 |
| 07/12/2017 | 5001 | Robbye Waldron, Trustee | Trustee Compensation | 2100-000 | | $114,461.61 | $50,130.15 |
| 07/12/2017 | 5002 | Rodney D. Tow | Trustee Compensation | 2100-000 | | $4,939.84 | $45,190.31 |
| 07/12/2017 | 5003 | Liberty Mutual Insurance Company | Distribution on Claim #: 1; | 7100-000 | | $42,929.39 | $2,260.92 |
| 07/12/2017 | 5004 | NM Taxation & Revenue Department | Distribution on Claim #: 4; | 7100-000 | | $2,215.35 | $45.57 |
| 07/12/2017 | 5005 | American InfoSource LP as agent for | Distribution on Claim #: 5; | 7100-000 | | $45.57 | $0.00 |
| | | | **TOTALS:** | | $164,591.76 | $164,591.76 | $0.00 |
| | | | Less: Bank transfers/CDs | | $164,591.76 | $0.00 | |
| | | | Subtotal | | $0.00 | $164,591.76 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $164,591.76 | |

For the period of  7/10/2009 to 8/1/2017

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $164,591.76 |
| | |
| Total Compensable Disbursements: | $164,591.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $164,591.76 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between 01/20/2017 to 8/1/2017

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $164,591.76 |
| | |
| Total Compensable Disbursements: | $164,591.76 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $164,591.76 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 09-35004-H1-7 | | Trustee Name: | Rodney Tow |
| Case Name: | *TWO-STATE EQUIPMENT, INC. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***8649 | | Money Market Acct #: | ******5004 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/16/2009 | (1) | RWI Construction Inc. | A/R | 1121-000 | $1,085.00 | | $1,085.00 |
| 07/16/2009 | (1) | Marbob Energy Corporation | A/R | 1121-000 | $2,101.19 | | $3,186.19 |
| 07/16/2009 | (1) | Yates Petroleum Corporation | A/R | 1121-000 | $3,187.87 | | $6,374.06 |
| 07/16/2009 | (1) | Nearburg Producing Company | A/R | 1121-000 | $1,048.48 | | $7,422.54 |
| 07/16/2009 | (1) | Lime Rock Resources A, L.P.-General | A/R | 1121-000 | $590.10 | | $8,012.64 |
| 07/23/2009 | (1) | COG Operating LLC | A/R Payments | 1121-000 | $38,259.55 | | $46,272.19 |
| 07/23/2009 | (1) | RKI Exploration & Production, LLC | A/R Payment # 16726 | 1121-000 | $2,796.65 | | $49,068.84 |
| 07/23/2009 | (1) | Yates Petroleum Corporation | A/R Payments: # 16605 & 16682 | 1121-000 | $161,381.82 | | $210,450.66 |
| 07/23/2009 | (1) | Nearburg Producing Company | A/R Payments: # 0905-AP-216 & 0905-AP-211 | 1121-000 | $2,486.85 | | $212,937.51 |
| 07/23/2009 | (1) | Yates Petroleum Corporation | A/R Payment - # 16731 | 1121-000 | $577.27 | | $213,514.78 |
| 07/23/2009 | (1) | Lime Rock Resources A, L.P. | A/R Payments: # 16676; 16718 & 16719 | 1121-000 | $6,695.73 | | $220,210.51 |
| 07/23/2009 | (1) | Burnett Oil Co., Inc. | A/R Payment - # 16723 | 1121-000 | $7,039.05 | | $227,249.56 |
| 07/23/2009 | (1) | Yates Drilling Company | A/R Payments | 1121-000 | $6,960.04 | | $234,209.60 |
| 07/30/2009 | (1) | Lime Rock Resources A, L.P. | A/R Payment - invoice # 16746 | 1121-000 | $674.40 | | $234,884.00 |
| 07/30/2009 | (1) | Yates Petroleum Corporation | A/R Payment - invoice # 16743 | 1121-000 | $2,086.01 | | $236,970.01 |
| 07/30/2009 | (1) | Marbob Energy Corp | A/R Payments | 1121-000 | $103,425.57 | | $340,395.58 |
| 07/30/2009 | (1) | Cimarex Energy Co | A/R Payment - invoice # 16441 | 1121-000 | $493.68 | | $340,889.26 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $5.19 | | $340,894.45 |
| 08/04/2009 | (1) | Yates Petroleum Corporation | A/R Payments | 1121-000 | $22,212.86 | | $363,107.31 |
| 08/04/2009 | (1) | Yates Petroleum Corporation | A/R Payments | 1121-000 | $2,544.52 | | $365,651.83 |
| 08/06/2009 | (1) | Yates Petroleum Corporation | A/R Payment - invoice # 16761 & 16763 | 1121-000 | $3,920.03 | | $369,571.86 |
| 08/06/2009 | (1) | Nearbug Producing Company | A/R Payments - invoice # 16585, 16589 & 16590 | 1121-000 | $11,390.30 | | $380,962.16 |
| 08/12/2009 | (1) | Yates Drilling Company | A/R Payment | 1121-000 | $5,558.02 | | $386,520.18 |
| 08/12/2009 | (1) | COG Operating, LLC | A/R Payment | 1121-000 | $25,636.68 | | $412,156.86 |
| 08/12/2009 | 2001 | Two State Equipment, Inc. | Per order dated: August 7, 2009 to Bank of America for Two State Equipment, Inc. | 4210-000 | | $340,894.45 | $71,262.41 |
| 08/18/2009 | (1) | Marbob Energy Corp | A/R Payment invoice # 16701 | 1121-000 | $17,571.28 | | $88,833.69 |
| 08/18/2009 | (1) | Burnett Oil Co. Ltd | A/R Payment - invoice # 15501 | 1121-000 | $227.61 | | $89,061.30 |
| | | | SUBTOTALS | | $429,955.75 | $340,894.45 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-35004-H1-7 | | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- | --- |
| Case Name: | *TWO-STATE EQUIPMENT, INC. | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***8649 | | Money Market Acct #: | ******5004 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/20/2009 | (1) | RWI Construction Inc. | A/R Payments - invoice # 16742 & 16774 | 1121-000 | $1,410.00 | | $90,471.30 |
| 08/20/2009 | (1) | Nearburg Producing Company | A/R Payments | 1121-000 | $8,235.06 | | $98,706.36 |
| 08/20/2009 | (1) | COG Operating LLC | A/R Payment - invoice # 16729 | 1121-000 | $16,051.25 | | $114,757.61 |
| 08/20/2009 | (1) | V-F Petroleum Inc. | A/R Payments | 1121-000 | $4,035.87 | | $118,793.48 |
| 08/27/2009 | (1) | J. Cleo Thompson & James Cleo Thompson | A/R Payment | 1121-000 | $400.43 | | $119,193.91 |
| 08/27/2009 | (1) | Mewbourne Oil Company | A/R Payment | 1121-000 | $29,476.13 | | $148,670.04 |
| 08/27/2009 | (1) | Nearbug Producing Company | A/R Payment | 1121-000 | $990.53 | | $149,660.57 |
| 08/27/2009 | (1) | Halliburton | A/R Payment | 1121-000 | $97.43 | | $149,758.00 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $17.46 | | $149,775.46 |
| 09/01/2009 | (1) | Burnett Oil Co., Inc. | A/R Payment | 1121-000 | $2,276.10 | | $152,051.56 |
| 09/01/2009 | (1) | Marbob Energy Corporation | A/R Payment | 1121-000 | $5,595.41 | | $157,646.97 |
| 09/03/2009 | (1) | Burnett Oil Co., Inc. | A/R Payments | 1121-000 | $30,368.02 | | $188,014.99 |
| 09/03/2009 | (1) | Kime Rock Resources A, L.P. | A/R Payment | 1121-000 | $337.20 | | $188,352.19 |
| 09/03/2009 | (1) | EOG Resources, Inc. | A/R Payment | 1121-000 | $12,413.18 | | $200,765.37 |
| 09/03/2009 | (1) | Nearbug Producing Company | A/R Payment | 1121-000 | $32,364.67 | | $233,130.04 |
| 09/03/2009 | | Bank of America | 9-2-09 #125 Mtn for Relief of Stay | 4210-000 | | $231,630.00 | $1,500.04 |
| 09/03/2009 | | VOID: Bank of America | | 4210-003 | | ($231,630.00) | $233,130.04 |
| 09/03/2009 | | Bank of America | 9-2-09 #125 Mtn for Relief of Stay | 4210-000 | | $155,630.00 | $77,500.04 |
| 09/04/2009 | | VOID: Bank of America | Voided Check | 4210-003 | | ($155,630.00) | $233,130.04 |
| 09/04/2009 | | Bank of America, N.A. | 9-2-09 #125 Mtn for Relief of Stay | 4210-000 | | $231,630.00 | $1,500.04 |
| 09/09/2009 | (1) | Yates Drilling Company | A/R Payment | 1121-000 | $590.10 | | $2,090.14 |
| 09/09/2009 | (1) | V-F Petroleum Inc. | A/R Payment | 1121-000 | $1,127.51 | | $3,217.65 |
| 09/09/2009 | (1) | Mewbourne Oil Company | A/R Payment | 1121-000 | $484.73 | | $3,702.38 |
| 09/09/2009 | (1) | COG Operating LLC | A/R Payment | 1121-000 | $2,323.42 | | $6,025.80 |
| 09/09/2009 | (1) | Unit Petroleum Company | A/R Payment | 1121-000 | $832.46 | | $6,858.26 |
| 09/11/2009 | | Bank of America, N.A. | 9-2-09 #125 Mtn for Relief of Stay | 4210-000 | | $5,358.00 | $1,500.26 |
| 09/17/2009 | (1) | Nearbug Producing Company | A/R Payments | 1121-000 | $3,872.79 | | $5,373.05 |
| 09/18/2009 | | Bank of America | 9-2-09 #125 Mtn for Relief of Stay | 4210-000 | | $3,873.00 | $1,500.05 |
| | | | SUBTOTALS | | $153,299.75 | $240,861.00 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-35004-H1-7 | | | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- | --- | --- |
| Case Name: | *TWO-STATE EQUIPMENT, INC. | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***8649 | | | Money Market Acct #: | ******5004 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 7/10/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/24/2009 | (1) | Mewbourne Oil Company | A/R Payment | 1121-000 | $57,925.18 | | $59,425.23 |
| 09/24/2009 | (1) | Nearbug Producing Company | A/R Payment | 1121-000 | $2,963.67 | | $62,388.90 |
| 09/24/2009 | (1) | RKI Exploration & Production, LLC | A/R Payment | 1121-000 | $5,681.82 | | $68,070.72 |
| 09/25/2009 | | Bank of America, N.A. | 9-2-09 #125 Mtn for Relief of Stay | 4210-000 | | $66,570.00 | $1,500.72 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.33 | | $1,502.05 |
| 10/06/2009 | (1) | Nearburg Producing Company | A/R | 1121-000 | $96,202.11 | | $97,704.16 |
| 10/08/2009 | (1) | Nearburg Producing Company | A/R | 1121-000 | $828.11 | | $98,532.27 |
| 10/08/2009 | (1) | Mewborne Oil Company | A/R | 1121-000 | $513.18 | | $99,045.45 |
| 10/08/2009 | | Bank of America, N.A. | TRN REF #20091007-00000278 | 4210-000 | | $96,204.16 | $2,841.29 |
| 10/13/2009 | (1) | McDonnold Operating, Inc. | A/R | 1121-000 | $168.60 | | $3,009.89 |
| 10/21/2009 | (1) | V-F Petroleum, Inc. | A/R Payment | 1121-000 | $126.45 | | $3,136.34 |
| 10/26/2009 | | Bank of America, N.A. | Wire Transfer of 10-09-2009 | 4210-000 | | $1,341.29 | $1,795.05 |
| 10/29/2009 | (1) | Nearburg Producing Company | A/R | 1121-000 | $2,345.03 | | $4,140.08 |
| 10/29/2009 | (1) | COG Operating, LLC | A/R | 1121-000 | $11,127.61 | | $15,267.69 |
| 10/29/2009 | (1) | Mewbourne Oil Company | A/R | 1121-000 | $3,761.90 | | $19,029.59 |
| 10/29/2009 | (1) | COG Operating LLC | A/R | 1121-000 | $5,690.25 | | $24,719.84 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.07 | | $24,719.91 |
| 11/03/2009 | (1) | COG Operating LLC | A/R | 1121-000 | $5,690.25 | | $30,410.16 |
| 11/03/2009 | (1) | Mewbourne Oil Company | A/R | 1121-000 | $3,761.90 | | $34,172.06 |
| 11/03/2009 | (1) | DEP REVERSE: Mewbourne Oil Company | Check entered twice in error. | 1121-000 | ($3,761.90) | | $30,410.16 |
| 11/03/2009 | (1) | DEP REVERSE: COG Operating LLC | Check entered twice in error. | 1121-000 | ($5,690.25) | | $24,719.91 |
| 11/16/2009 | (1) | Mewbourne Oil Company | A/R | 1121-000 | $2,279.26 | | $26,999.17 |
| 11/17/2009 | | Bank of America, N.A. | Trn Ref # 2091028-00000600  Wire Transfer Made 10/28/09 | 4210-000 | | $295.05 | $26,704.12 |
| 11/17/2009 | | Bank of America | Trn Ref#20091116-00000710 | 4210-000 | | $22,924.79 | $3,779.33 |
| 11/18/2009 | (2) | Porter & Hedges, L.L.P. | Proceeds from sale of Two-State Oilfield, Inc. | 1129-000 | $2,230,000.00 | | $2,233,779.33 |
| 11/19/2009 | (1) | COG Operating, LLC | A/R | 1121-000 | $2,423.63 | | $2,236,202.96 |
| 11/19/2009 | (1) | McDonnold Operating, Inc. | A/R | 1121-000 | $832.46 | | $2,237,035.42 |
| | | | SUBTOTALS | | $2,422,870.66 | $187,335.29 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-35004-H1-7 | | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|---|
| Case Name: | *TWO-STATE EQUIPMENT, INC. | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***8649 | | | Money Market Acct #: | ******5004 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 7/10/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/19/2009 | (1) | COG Operating LLC | A/R | 1121-000 | $7,614.40 | | $2,244,649.82 |
| 11/19/2009 | (1) | Mewbourne Oil Company | A/R | 1121-000 | $3,516.37 | | $2,248,166.19 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $31.41 | | $2,248,197.60 |
| 12/01/2009 | (1) | COG Operating LLC | A/R | 1121-000 | $8,762.99 | | $2,256,960.59 |
| 12/04/2009 | | Bank of America, N.A. | Transfer completed 11/24/2009 | 4210-000 | | $2,210,241.10 | $46,719.49 |
| 12/15/2009 | | Bank of America, N.A. | Trn Ref#20091204-748 | 4210-000 | | $45,219.49 | $1,500.00 |
| 12/17/2009 | (1) | COG Operating, LLC | A/R | 1121-000 | $5,342.51 | | $6,842.51 |
| 12/30/2009 | | Bank of America, N.A. | | 4210-000 | | $5,342.51 | $1,500.00 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.22 | | $1,500.22 |
| 01/05/2010 | (1) | Mewbourne Oil Company | A/R | 1121-000 | $3,071.69 | | $4,571.91 |
| 01/28/2010 | (1) | Mewbourne Oil Company | A/R | 1121-000 | $4,491.34 | | $9,063.25 |
| 01/28/2010 | (1) | COG Operating LLC | A/R | 1121-000 | $834.57 | | $9,897.82 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.19 | | $9,898.01 |
| 02/04/2010 | 2002 | Automatic Data Processing | 2009 W-2's | 2990-000 | | $252.69 | $9,645.32 |
| 02/15/2010 | | Bank of America, N.A. | Pursuant to Court Order | 4210-000 | | $8,089.55 | $1,555.77 |
| 02/23/2010 | (1) | COG Operating LLC | A/R COG Operating LLC | 1121-000 | $2,105.40 | | $3,661.17 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.20 | | $3,661.37 |
| 03/05/2010 | 2003 | Mary Ella Duplantis | Postage for mailing W-2's. | 2600-000 | | $7.04 | $3,654.33 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.16 | | $3,654.49 |
| 04/23/2010 | | Bank of America, N.A. | Transfer pursuant to docket no. 162 Order | 4210-000 | | $2,105.40 | $1,549.09 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.14 | | $1,549.23 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.07 | | $1,549.30 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.06 | | $1,549.36 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.07 | | $1,549.43 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.07 | | $1,549.50 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.06 | | $1,549.56 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.07 | | $1,549.63 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.06 | | $1,549.69 |
| | | | SUBTOTALS | | $35,772.05 | $2,271,257.78 | |

Page No: 6     Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-35004-H1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | *TWO-STATE EQUIPMENT, INC. | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***8649 | Money Market Acct #: | ******5004 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 7/10/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.07 | | $1,549.76 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.07 | | $1,549.83 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.06 | | $1,549.89 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.07 | | $1,549.96 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.06 | | $1,550.02 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.07 | | $1,550.09 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.06 | | $1,550.15 |
| 07/05/2011 | (INT) | Sterling Bank | Interest Earned For July 2011 | 1270-000 | $0.01 | | $1,550.16 |
| 07/05/2011 | | Green Bank | Transfer Funds | 9999-000 | | $1,550.16 | $0.00 |
| | | | **TOTALS:** | | $3,041,898.68 | $3,041,898.68 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $1,550.16 | |
| | | | **Subtotal** | | $3,041,898.68 | $3,040,348.52 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $3,041,898.68 | $3,040,348.52 | |

| For the period of 7/10/2009 to 8/1/2017 | | For the entire history of the account between 07/14/2009 to 8/1/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,041,898.68 | Total Compensable Receipts: | $3,041,898.68 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,041,898.68 | Total Comp/Non Comp Receipts: | $3,041,898.68 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,040,348.52 | Total Compensable Disbursements: | $3,040,348.52 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,040,348.52 | Total Comp/Non Comp Disbursements: | $3,040,348.52 |
| Total Internal/Transfer Disbursements: | $1,550.16 | Total Internal/Transfer Disbursements: | $1,550.16 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-35004-H1-7 | | | Trustee Name: | Rodney Tow |
| --- | --- | --- | --- | --- | --- |
| Case Name: | *TWO-STATE EQUIPMENT, INC. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8649 | | | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2017 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/05/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $1,550.16 | | $1,550.16 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.17 | $1,547.99 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.49 | $1,545.50 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.57 | $1,542.93 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.32 | $1,540.61 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.40 | $1,538.21 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.48 | $1,535.73 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.47 | $1,533.26 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.31 | $1,530.95 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.55 | $1,528.40 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.30 | $1,526.10 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.46 | $1,523.64 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.45 | $1,521.19 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.37 | $1,518.82 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.68 | $1,516.14 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.13 | $1,514.01 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.44 | $1,511.57 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.51 | $1,509.06 |
| 12/03/2012 | | Green Bank | Reverse Bank Fee | 2600-000 | | ($2.51) | $1,511.57 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.20 | $1,509.37 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.19 | $1,507.18 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.43 | $1,504.75 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.42 | $1,502.33 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.34 | $1,499.99 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.57 | $1,497.42 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.18 | $1,495.24 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.25 | $1,492.99 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.33 | $1,490.66 |
| | | | **SUBTOTALS** | | **$1,550.16** | **$59.50** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-35004-H1-7 | | Trustee Name: | Rodney Tow |
|---|---|---|---|---|
| Case Name: | *TWO-STATE EQUIPMENT, INC. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8649 | | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.25 | $1,488.41 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.55 | $1,485.86 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.16 | $1,483.70 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.39 | $1,481.31 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.46 | $1,478.85 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.15 | $1,476.70 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.30 | $1,474.40 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.30 | $1,472.10 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.37 | $1,469.73 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.29 | $1,467.44 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.52 | $1,464.92 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.21 | $1,462.71 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.28 | $1,460.43 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.43 | $1,458.00 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.20 | $1,455.80 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.34 | $1,453.46 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.34 | $1,451.12 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.19 | $1,448.93 |
| 09/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.41 | $1,446.52 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.18 | $1,444.34 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $2.25 | $1,442.09 |
| 12/27/2016 | (8) | The Bankruptcy Estate of Nighthawk Oilfield | 10/24/2016 #754 | 1229-000 | $135,220.72 | | $136,662.81 |
| 12/27/2016 | (8) | The Bankruptcy Estate of TSE Properties, LLC | 10/24/2016 #754 | 1229-000 | $27,928.95 | | $164,591.76 |
| 01/20/2017 | | Integrity Bank | Transfer Funds | 9999-000 | | $164,591.76 | $0.00 |

| | | | | **SUBTOTALS** | **$163,149.67** | **$164,640.33** | |

Page No: 9     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No.** | 09-35004-H1-7 |
| **Case Name:** | *TWO-STATE EQUIPMENT, INC. |
| **Primary Taxpayer ID #:** | **-***8649 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 7/10/2009 |
| **For Period Ending:** | 8/1/2017 |

| | |
|---|---|
| **Trustee Name:** | Rodney Tow |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******0401 |
| **Account Title:** | DDA |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $164,699.83 | $164,699.83 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $1,550.16 | $164,591.76 | |
| | | | **Subtotal** | | $163,149.67 | $108.07 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $163,149.67 | $108.07 | |

| For the period of 7/10/2009 to 8/1/2017 | | For the entire history of the account between 07/05/2011 to 8/1/2017 | |
|---|---:|---|---:|
| Total Compensable Receipts: | $163,149.67 | Total Compensable Receipts: | $163,149.67 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $163,149.67 | Total Comp/Non Comp Receipts: | $163,149.67 |
| Total Internal/Transfer Receipts: | $1,550.16 | Total Internal/Transfer Receipts: | $1,550.16 |
| | | | |
| Total Compensable Disbursements: | $108.07 | Total Compensable Disbursements: | $108.07 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $108.07 | Total Comp/Non Comp Disbursements: | $108.07 |
| Total Internal/Transfer Disbursements: | $164,591.76 | Total Internal/Transfer Disbursements: | $164,591.76 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-35004-H1-7 | Trustee Name: | Rodney Tow |
|---|---|---|---|
| Case Name: | *TWO-STATE EQUIPMENT, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8649 | Checking Acct #: | ******0401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 7/10/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/1/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $3,205,048.35 | $3,205,048.35 | $0.00 |

For the period of 7/10/2009 to 8/1/2017

| | |
|---|---|
| Total Compensable Receipts: | $3,205,048.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,205,048.35 |
| Total Internal/Transfer Receipts: | $166,141.92 |
| | |
| Total Compensable Disbursements: | $3,205,048.35 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,205,048.35 |
| Total Internal/Transfer Disbursements: | $166,141.92 |

For the entire history of the case between 07/10/2009 to 8/1/2017

| | |
|---|---|
| Total Compensable Receipts: | $3,205,048.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,205,048.35 |
| Total Internal/Transfer Receipts: | $166,141.92 |
| | |
| Total Compensable Disbursements: | $3,205,048.35 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,205,048.35 |
| Total Internal/Transfer Disbursements: | $166,141.92 |

/s/ RODNEY TOW

RODNEY TOW